**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

CECIL GRAVES,

    Plaintiff,

v.                                                      CV No. 18-1172 CG/GBW

PROPERTY AND CASUALTY
INSURANCE COMPANY OF HARTFORD,

    Defendant.

## **ORDER SETTING TELEPHONIC STATUS CONFERENCE**

**THIS MATTER** is before the Court upon review of the record. **IT IS HEREBY ORDERED** that a status conference will be held by telephone on **Thursday, April 11, 2019, at 3:30 p.m.** The conference will address the scheduling and location of the trial and other significant pretrial hearings.

Parties shall call Judge Garza's AT&T Teleconference line at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be connected to the proceedings.

                                                       THE HONORABLE CARMEN E. GARZA
                                                       CHIEF UNITED STATES MAGISTRATE JUDGE