**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

CECIL GRAVES,

    Plaintiff,

v.                                               CV No. 18-1172 CG/GBW

PROPERTY AND CASUALTY
INSURANCE COMPANY OF HARTFORD,

    Defendant.

## **ORDER VACATING TELEPHONIC STATUS CONFERENCE**

**THIS MATTER** is before the Court upon counsel's communication to the Court. **IT IS HEREBY ORDERED** that the Telephonic Status Conference scheduled for August 13, 2019, at 2:00 p.m. is **VACATED**.

    **IT IS SO ORDERED**.

                                                  _____
                                                  THE HONORABLE CARMEN E. GARZA
                                                  CHIEF UNITED STATES MAGISTRATE JUDGE